BLACKS, HISPANICS, WHO VOTED FOR TRUMP, FOOLS...
TRUMP DODGE ASSINATION — TWICE

TRUMP BANKRUPT SIX (6) TIMES, COMPANY DISSOLVED
FOUNDATION DISSOLVED, 34 FELONIES, LIABLE SEXUALLY
OWES STATE 700,000, WHY??  ASSAULT,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WORLD IS ON FIRE. TRUMP PLAYS GOLF.
FOOLS, NERO!!!

JAMES PETTUS

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

BRYAN MAZZOLA, JUDGE(S):
DAVID FRIEDMAN, ROSALYN RICHTER,

-against-

RICHARD ANDRIAS, BARBARA KAPNICK  COMPLAINT
TROY WEBBER

Do you want a jury trial?
☐ Yes   ☐ No

REMEMBER JAMES PETTUS LADIES
GENTLEMEN!!! YOU ARE CORRUPT!!! TIME TO

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

EXPOSE YOU'LL...
HERE WE GO...

MAZZOLA — "HE'S BBAACCKK...

YOU WERE TERMINATED ONCE — NOW TWICE! ☺

MY ANCESTORS DWELL WITHIN ME...
I — FIGHT — BACK!!! SEE SHINGA (FEMALE) (FEMALE)
CADAUCES
ACTS. 8:17

NOTICE
The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore not contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include only: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

PROPER RULERS OF EARTH — ARE FEMALES

MUSK 'RAISED' UNDER SEE ACTS 19:27
THE 'APARTHEID' SYSTEM. SEE: II KINGS — 23:13
NEED I SAY MORE!!!  SEE: JER: 44:16-30
FOOLS...

REMEMBER
MCKINNEY — TARIFFS
IN 1890 — AMERICA WAS
UNDER WATER BY 1893
THAN HE WAS
ASSINATED. ONE OF FOUR
LINCOLN, GARLAND
KENNEDY!

I AM AN ATHEIST

YOU HAPPY YOU VOTED FOR TRUMP? FOOLS...

*Left margin:* JUDGE, LEAVE TO FILE WITHIN COMPLAINT. PLEASE STOP HATING MY BELOVED SISTER!



## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

CORRUPTION, 1ST 5TH 14TH  PREJUDICE  DISCRIMINATION

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _JAMES PETTUS_ , is a citizen of the State of
(Plaintiff's name)

_BRONX, NEW YORK_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

BRYAN MAZZOLA (atty) GUIDGES - DAVID FRIEDMAN - R

The defendant, RICHARD ANDRIAS - BARBARA citizen of the State of
KAPNICK
(Defendant's name)

TROY WEBBER, ROSALYN RICHTER

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

NEW YORK LAWYER - 1ST DEPT JUDGES
25-27 MADISON AVE
NY NY 100

If the defendant is a corporation:

The defendant, _____N/A_____, is incorporated under the laws of

the State of _____N/A_____

and has its principal place of business in the State of NEW YORK - 1ST DEPT

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in LAW FIRM _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

JAMES _____ PETTUS
First Name        Middle Initial        Last Name

123 W. 183RD ST | APT 5i
Street Address

BRONX        NY        10453
County, City        State        Zip Code

H - 718-365-1429
Telephone Number

C - 347-344-9395

Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name        Last Name
*SEE: FRONT PAGE*

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State            Zip Code

Defendant 2:

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State            Zip Code

Defendant 3:

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State            Zip Code

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: SEE: EX#1 — EX#2

Date(s) of occurrence:

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

RULE 8 STATEMENT

THIS IS A CASE ABOUT CORRUPT JUDGE(S) AND A 'CORRUPT' ATTY, WHO CONSPIRED TOGETHER TO DENY JAMES PETTUS (H)IS CONSTITUTIONAL RIGHTS, THE 1ST DEPT MADE DECISION "WITHOUT" ANY JURISDICTION, DUE TO THE FACT, SEE: EX#1 CASE # 250981-2015 "NEVER" APPEALED.

ATTY BRYAN MAZZOLA SUBMITTED Motion to 'continue' VEXTIOUS litigation upon JAMES PETTUS — WITHOUT JURISDICTION.

THEREFORE, "ACTING BEYOND THEIR SCOPE OF AUTHORITY" SEE: MIRRLESS - 502 U.S. 11, B "WITHOUT COMPLETE AND TOTAL JURISDICTION"

DATED
4.07.2025                         James Pettus
                                  JAMES PETTUS

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

When I would File any type of
Litigation, would be dismissed, due to
vexations litigant, when in Fact, was
Dismissed, SEE, EX#1. Harm and injury
from a Protected Constitutional Rights

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Want 5 million Dollars
compensation for Fraud and Forgery

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4.07.2025 | James Pettus |
|-----------|--------------|
| Dated | Plaintiff's Signature |
| JAMES | PETTUS |
| First Name        Middle Initial | Last Name |
| 123 W.183RD ST | APT 5i |
| Street Address | |
| Bronx | NY        10453 |
| County, City | State        Zip Code |
| 718-365-1429 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☒ No    DO NOT WANT ELECTRONICALLY — SEND
If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

THROUGH MAIL

J.P

BRYAN MAZZOLA;

SUBMITTED motion TO HAVE JAMES PETTUS, AS A 'VEXITIOUS - lITiGANT' AND WON.' SETTLE ON NOTICE' WHICH (H)E NEVER DID.

I BROUGHT CASE TO Hon. K. THOMPSON WHICH ABANDON CHARGES. SEE: EX #1 THAN MAZZOLA NEVER APPEALED. HOWEVER, on ANOTHER CASE MAZZOLA SUBMITTED motion TO REQUEST THAT COURT TO CHARGE JAMES PETTUS AS A 'VEXITIOUS - lITiGANT"

KNEW or SHOULD HAVE KNOWN, 1ST DEPT DID NOT HAVE JURISDICTION. I CHALLENGE ANY (GOD), (ATTORNEY) (JUDGE) (PRESIDENT) (SENATOR) or (HOUSE REP) TO LOCATE APPEAL FOR IND. NO. 250 981-2015

I WANT MY MONEY IN HUNDREDS I PITY THE FOOL WHO TRIES TO SAVE YOU

James Pettus
JAMES PETTUS

DATE
4.07.2025

②

KING
DAVID FRIEDMAN;

Mr. FRIEDMAN PLEASE LOCATE APPEAL
FOR IND. NO. 250981-2015 (I THOUGHT SO)
(KING DAVID) FRIEDMAN,
KNEW OR SHOULD HAVE KNOWN THERE
WAS NO APPEAL, THEREFORE HAD NO
JURISDICTION TO ENTERTAIN MOTION, THEREFORE
CORRUPTION. SEE: MIRELESS 502 US 11, 13
"COMPLETE ABSENT of ALL JURISDICTION"
I WANT MY MONEY IN HUNDREDS.

DATED
4.07.2025

James Pettus
JAMES PETTUS

DAVID THE KING OF ISRAEL WAS NOT
A GOOD PERSON. ACCORDING TO THE BIBLE
BATH SHEBA, SEXUAL ASSAULTER, WAS WITH
THE MILITARY — WHO WAS ENEMY TO ISRAELITES
AND HAD A SEXUAL AFFAIR WITH JONATHAN —
SAULS SON — HE WAS pitiful. ON HIS
DEATH BED — GOD TOLD HIM — YOUR HANDS
IS FULL-OF-BLOOD —Pitiful I'LL BLESS SOLOMON
WHO HAD AN AFFAIR MAKDA (SHEBA) HAD SON MENELIK. SHE GAVE SOLOMON
his WISDOM

SEE
I KINGS
23:?

③

ROSALYN RICHTER; WASP OR;
BLUE BLOOD-CHYLD OF AN ALIEN
JUDGE RICHTER, PLEASE LOCATE
APPEAL FOR IND. NO. 250981-2015 (I THOUGHT SO)
JUDGE RICHTER, KNEW OR SHOULD
HAVE KNOWN THERE WAS NO APPEAL,
THEREFORE HAD NO JURISDICTION TO ENTERTAIN,
THEREFORE HAD NO JURISDICTION, CORRUPTION
SEE: MIRELESS 502 U.S. 11, 13
"COMPLETE ABSENCE OF ALL JURISDICTION
I WANT MY MONEY IN HUNDREDS.

DATED
4.07.2025

James Pettus
JAMES PETTUS

(4)

RICHARD ANDRIAS;

JUDGE ANDRIAS, PLEASE LOCATE
APPEAL FOR IND. NO. 250981-2015 (I THOUGHT SO)

JUDGE ANDRIAS, KNEW OR SHOULD
HAVE KNOWN THERE WAS, NO APPEAL,
THEREFORE, HAD NO JURISDICTION, THEREFORE,
CORRUPTION.

SEE: MIRELESS 502 U.S. 11, 13
" COMPLETE ABSENCE OF ALL JURISDICTION

I WANT MY MONEY IN HUNDREDS

DATED
4.07.2025

James Pettus
JAMES PETTUS

(S)

BARBARA KAPNICK;

JUDGE KAPNICK,

JUDGE KAPNICK, PLEASE LOCATE APPEAL

FOR IND. NO. 250981-2015 (I THOUGHT SO)

JUDGE KAPNICK, KNEW OR

SHOULD HAVE THERE WAS NO APPEAL, THEREFORE,

HAD NO JURISDICTION — Corruption

SEE: MIRELESS 502 U.S. 11, 13

" COMPLETE ABSENCE OF ALL JURISDICTION

I WANT MY MONEY IN HUNDREDS

DATED

4.07.2025

James Pettus

JAMES PETTUS

TROY WEBBER,

⑥

"
ATHENA MR. WEBBER, PLEASE LOCATE
APPEAL FOR IND. NO. 250981-2015 (I THOUGHT SO)
MR. WEBBER, KNEW OR SHOULD HAVE
KNOWN THERE WAS NO APPEAL, THEREFORE,
HAD NO JURISDICTION TO ENTERTAIN MOTION,
THEREFORE, CORRUPTION.
SEE: MIRELESS 502 U.S. 11, 13

DATED
4.07.2025

James Pettus
JAMES PETTUS

# CONCLUSION

THIS IS A CASE CONCERNING CORRUPTION, DISCRIMINATION, PREJUDICE. IT SHOWS A PATTERN, PRACTICE, POLICY, MENTALITY, AND CULTURE, THAT HARMS AND INJURES, BLACK AND HISPANIC MEN AND WOMEN. TO KEEP THE STREETS CLEAR IN FURTHERANCE OF THE 13TH AMENDMENT OF THE CONSTITUTION." IF COMMITT A CRIME SUBJECT TO PRISON SLAVERY. ANOLOGY: CATS GOVERNING MOUSE THE MOUSE IS FINISHED. YOU HAVE TO RESPECT THE MOUSE FOR FIGURING IT OUT

I, DECLARE UNDER PENALTY OF PERJURY ALL STATED TRUE AND CORRECT

DATED 4·10·2025

James Petta
JAMES PETTA

EX#1



FILED  Dec 28 2015 Bronx County Clerk

SEE: PAGE 3, 4
"UNTIMELY" THEREFORE "ABANDONED"

⌀ 79

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX IA 20 _____ X
JAMES PETTUS,

                          Plaintiffs,

       -against-

BRYAN MAZZOLA, ANNA MANDELL, CHRIS-COURT
ATTORNEY FOR HON. JOHN BARONE, CANTOR,
EPSTEIN, MAZZOLA,

                  Defendants. X

Index No: 250981/2015

**DECISION AND ORDER**

**Present:**
**HON. KENNETH L. THOMPSON, JR.**

The following papers numbered 1 to 14 read on this motion **to amend pleading**

| | PAPERS NUMBER |
|---|---|
| No   On Calendar of **September 14, 2015, October 12, 2015** | 1, 2, 3, 8, 12 13 |
| Notice of Motion-Order to Show Cause - Exhibits and Affidavits Annexed | 4, 9, 10 |
| Answering Affidavit and Exhibits | 6, 7, 14 |
| Replying Affidavit and Exhibits | |
|         Affidavit | 5, 11 |
| Pleadings -- Exhibit | |
| Memorandum of Law | |
| Stipulation -- Referee's Report --Minutes | |
| Filed papers | |

Upon the foregoing papers and due deliberation thereof, the Decision/Order on this motion is as follows:

As a preliminary matter, in an order dated July 14, 2015, Justice Howard Sherman

recused himself from deciding this petition.  Justice Alison Tuitt recused herself in an order

dated August 20, 2015, and then vacated the August 20, 2015 order in an order dated August 27,

2015, apparently because this petition never had been assigned to her.

Petitioner, James Pettus, (Pettus), petitions the Court for relief on the following grounds:

defamation/slander, legal malpractice, fraud, deceit scheme to defraud, discrimination,

conspiracy, retaliation, violation of cannon laws and racial animus. Respondent, Chris Quaranta,

s/h/a Chris-The Court Attorney for Hon. John Barone, (Quaranta), moves pursuant to CPLR

3211 to dismiss the petition.  Pettus moves to amend the caption to add Charlene Thompson to

the caption of this complaint.  Respondents, Bryan Mazzola, Anna Mandel and Cantor, Epstein

& Mazzola, LLP, (collectively, CEM), move pursuant to 22 NYCRR 130-1.1, impose costs and

sanctions against Pettus for filing frivolous actions and violating a court order, directing Pettus to

FILED  Dec 28 2015 Bronx County Clerk



pay CEM's attorneys' fees, costs and disbursements in the defense of the instant petition, pursuant to CPLR 3211(a) (7) dismiss the petition for failure to state a cause of action.

This proceeding arose as a result of alleged actions that occurred in an action held before Justice John Barone, which was brought by Pettus' wife. Pettus asserts he was acting as his wife's attorney in the underlying proceeding, when Quaranta had him removed from the judge's robing room during a settlement conference for his alleged disruptive behavior. Pettus was not a party to the underlying proceeding.

## MOTIONS TO DISMISS

Since Pettus was not a litigant in the underlying action he lacks standing to bring this proceeding, as he had no "injury in fact" and is precluded from adjudicating his claims of injury. (*Hill v. Reynolds*, 187 A.D.2d 299, 300 [1st Dept 1992]).

Moreover, Pettus' petition fails to state a cause of action. With respect to defamation, his petition fails to state with particularity the defamatory words that were spoken. CPLR 3016. With respect to Pettus claim of legal malpractice, "no attorney-client relationship existed between these parties." *Jane St. Co. v. Rosenberg & Estis, P.C.*, 192 A.D.2d 451, 451, 597 N.Y.S.2d 17 (1993).

With respect to Pettus' claims for fraud, deceit, or a scheme to defraud, "a mere recitation of the elements of fraud is insufficient to state a cause of action. (*National Union Fire Ins. Co. of Pittsburgh, Pa. v Christopher Assoc.*, 257 AD2d 1, 9 [1999]). Furthermore, a plaintiff seeking to recover for fraud and misrepresentation is required "to set forth specific and detailed factual allegations that the defendant personally participated in, or had knowledge of any alleged fraud" (*Handel v Bruder*, 209 AD2d 282, 282-283 [1994])." *Friedman v. Anderson*, 23 A.D.3d 163,

2

FILED Dec 28 2015 Bronx County Clerk



166 [1st Dept 2005]).

> Although tort liability may be imposed based on allegations of conspiracy which
> "connect nonactors, who might otherwise escape liability, with the [tortious]
> acts of their cocconspirators" *(Burns Jackson Miller Summit & Spitzer v Lindner,*
> 88 AD2d 50, 72, *affd* 59 NY2d 314; *see also, Noble v Creative Tech. Servs.,* 126
> AD2d 611, 613), more than a conclusory allegation of conspiracy or common
> purpose is required to state a cause of action against such nonactor *(Goldstein v*
> *Siegel,* 19 AD2d 489, 493; *see also, Reo v Shudt,* 144 AD2d 793, 795; *Silver v*
> *Mohasco Corp.,* 94 AD2d 820, 821, *affd* 62 NY2d 741).

*Schwartz v. Soc'y of New York Hosp.,* 199 A.D.2d 129, 130, (1st Dept 1993).

With respect to petitioner's claims of a "violation of the Code of Professional

Responsibility, as alleged by the plaintiff, does not, in itself, give rise to a private cause of action

against an attorney or law firm *(Drago v Buonagurio,* 46 NY2d 778)." *(Weintraub v. Phillips,*

*Nizer, Benjamin, Krim, & Ballon,* 172 A.D.2d 254 [1st Dept 1991]).

With respect to Pettus' claim of discrimination, racial animus and retaliation, petitioner's

"failure to adequately plead discriminatory animus is similarly fatal to [his] claims of hostile

work environment *(see Chin v New York City Hous. Auth.,* 106 AD3d 443, 445 [1st Dept

2013])." *Askin v. Dep't of Educ. of City of New York,* 110 A.D.3d 621, 622 [1st Dept 2013]).

                MOTION FOR SANCTIONS                

CEM argues that Pettus should be sanctioned for the violation of a purported order of

Justice John A. Barone, which was decided on default. However, the purported order dated June

10, 2015, directed respondents to "settle order on notice." CEM has not submitted a signed

settled order, nor is this Court aware of a signed settled order. Pursuant to 22 NYCRR

202.48(b), "[f]ailure to submit the order or judgment timely **shall** be deemed an abandonment of

the motion or action, unless for good cause shown." (Emphasis added). There is no attempt by

3

FILED  Dec 28 2015 Bronx County Clerk



CEM to show good cause for its failure to settle an order, and therefore the aforementioned

motion resulting in the decision of June 10, 2015, must be deemed abandoned and therefore,

cannot be part of a basis in which to sanction Pettus.

However, CEM has noted five actions that Pettus has commenced since 2014 in this

Courthouse. Furthermore, prior to Pettus' current flurry of litigation in Bronx Supreme Court,

Pettus' has a long history in the federal courts.

> He is also a frequent litigant in this Circuit, who appears on this Court's docket
> sheet as an appellant, movant, or petitioner in over sixty matters and in countless
> matters before the district courts. *See, e.g., Pettus v. Brown*, No. 9:06–cv–152,
> 2007 WL 1791220, at *2–3 (N.D.N.Y. June 19, 2007) (collecting cases); *Pettus
> v. Goord*, No. 9:04–cv–0253 (LEK/RFT), 2006 WL 2806551, at *1 n. 1
> (N.D.N.Y Sept. 28, 2006) (same); *Pettus v. Horn*, No. 04 Civ. 459(WHP), 2005
> WL 2296561, at *1 n. 1 (S.D.N.Y. Sept.21, 2005) (same). Because three or more
> of his lawsuits while he has been detained have been dismissed as "frivolous
> [or] malicious or [for] failure] to state a claim upon which relief may be
> granted," Pettus is ineligible by statute to file *in forma pauperis* ("IFP") "unless
> [he] is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

*Pettus v. Morgenthau*, 554 F.3d 293, 295 (2d Cir. 2009).

At this time, this Court is not inclined to issue monetary damages as plaintiff is pro se,

and this Court would feel remiss, if it did not issue a stern warning to Pettus regarding the

consequences of filing meritless lawsuits. The following should be heeded: the sums awarded as

sanctions are necessarily substantial, on account of the substantial costs incurred as a result as the

cost of defending against meritless actions and proceedings.

While CEM cites to *Mechta v. Mack*, 156 A.D.2d 747, 748 [2nd Dept 1989], for the

proposition that a pro se can and should be sanctioned for filing meritless actions and motions,

the pro se in Mechta was an attorney representing himself, and presumably had some grasp of

the law.

On September 11, 2015, this Court, pursuant to CPLR 1101(d), signed an ex parte poor

FILED  Dec 28 2015 Bronx County Clerk



person order.  In support of his application to be considered a poor person, Pettus submitted an affidavit in which he averred that he was pursuing a legal malpractice action, he further averred at paragraph 9, that "no one else who is able to pay any required costs and fees has a beneficial interest in the results of this case." Pettus has moved to add his wife to this action, a person Pettus alleges has an interest in this action.  Pettus' wife, Charlene Thompson, has at the very least a co-operative apartment which is the subject of much of the litigation that Pettus brings to this Court.  Pursuant to CPLR 1101(a), the value of assets as well as income is to be reported under oath.

Accordingly, the order of this Court dated September 11, 2015 that permitted Pettus to proceed in this action as a poor person, is hereby vacated.

## CONCLUSION

Accordingly, the motion to dismiss is granted, and the petition is hereby dismissed. Pettus' motion to add, Charlene Thompson to the caption is denied as moot.  The motion to sanction Pettus is denied.  The order of this Court dated September 11, 2015 that permitted Pettus to proceed in this action as a poor person, is hereby vacated.

The foregoing shall constitute the decision and order of the Court.

Dated: DEC 1 6 2015

KENNETH L. THOMPSON JR. J.S.C.

5

EXH#2

SWAIN - THE ORACLE ADELPHI - SAID "KNOW THY SELF"

At a Term of the Appellate Division of the Supreme
Court held in and for the First Judicial Department in
the County of New York on July 19, 2018.

Present:  Hon. David Friedman,                    Justice Presiding,
          Rosalyn H. Richter
          Richard T. Andrias
          Barbara R. Kapnick
          Troy K. Webber,                         Justices.

------------------------------------X
In re James Pettus, et al.,
        Petitioners-Appellants,
                                                  M-2223
        -against-                                 M-2629
                                        Index No. 250720/15
Board of Directors, et al.,
        Respondents-Respondents.
------------------------------------X

        Petitioners-appellants having moved for reargument of the
decision and order of this Court, entered on April 19, 2018
(Appeal No. 6311) [M-2223],

        And respondents having cross-moved for an order enjoining
petitioners from any further "vexatious litigation" against
respondents, and for certain attorneys' fees [M-2629],

        Now, upon reading and filing the papers with respect to the
motion and cross motion, and due deliberation having been had
thereon,

        It is ordered that petitioners' motion is denied [M-2223].
Respondents' cross motion is granted to the extent of enforcing
the vexatious litigation order of the Supreme Court, New York
County, entered on or about June 16, 2015; respondents' request
for attorneys' fees and costs is denied.

                        ENTERED:



                                        CLERK

AFFIDAVIT / AFFIRMATION

RE; LEAVE TO FILE; PERMISSION TO FILE

I AM A CITIZEN (NOT) PROPERTY.
AS A CITIZEN OF THE UNITED STATES
I AM AFFORDED THE PROTECTION(S)
OF THE CONSTITUTION.
           FURTHER, THE FOUNDING
FATHER'S 'NEVER' MENTIONED IN THE
CONSTITUTION A 'JUDGE' CAN ISSUE
AN 'ORDER' OR 'INJUNCTION' TO DENY
A 'CITIZEN' A PROTECTED RIGHT!
           THEREFORE, THE ORDER / INJUNCTION
IS UNCONSTITUTIONAL.
           FURTHER, HOW LONG DOES AN
ORDER / INJUNCTION BECOME 'UNCONSTITUTIONAL'
THESE ORDERS ARE TWENTY (20) YEARS
OLD, I AM NOW 71 YRS OLD, W/ STAGE 4 CANCER

I, DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT
                              James Pettus
                              JAMES PETTU

DATED
4.07.2025