UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

                              Plaintiff,

              -against-

BRYAN MAZZOLA, ET AL.,

                              Defendants.

25cv3106 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the April 16, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.


 Dated:    April 18, 2025
           New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge